AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| BRENDA JOHNSON | ) | **CV 19-2873** |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. | **KORMAN, J.** |
| NORA LOCKET, NATIONSTAR MORTGAGE, LLC and THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT | ) | **TISCIONE, M.J.** |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

NORA LOCKET, 115-12 217 Street, Cambria Heights, New York

NATIONSTAR MORTGAGE, LLC, c/o Corporation Service Company, 80 State Street, Albany, N.Y. 12207

THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT, Jacob K. Javiits Federal Building, 26 Federal Plaza, Suite 3542, NY, NY 10278

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

FUTTERMAN, SIROTKIN & SEINFELD, LLP, 80-02 Kew Gardens Road, Kew Gardens, New York 11415

(718) 261-9460

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: **MAY 1 5 2019**

*Signature of Clerk or Deputy Clerk*